UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAME (Under which you were convicted): DAVID L. WASHINGTON

PRISON NUMBER: D.C.D.C # 183-212

PLACE OF CONFINEMENT/ADDRESS: Central Treatment Facility
1901 E St S.E.
Washington D.C.
20003

(Full Name) Petitioner: DAVID Leonard Washington

v.

(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner) Respondent: John Caulfields, Warden, Edward F. Reilly, U.S. Parole Comm

FILED
MAY 01 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00790
Assigned To : Lamberth, Royce C.
Assign. Date : 05/01/2007
Description: HABEAS CORPUS

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
APR 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: **D.C. Superior Court, 500 Ind. Ave. N.W., Washington D.C.**

2. (a) Date of the sentence (or detention): **July 17, 2003**

3. Length of sentence: **Two years incarceration followed by Five years supervised release**

4. Nature of offense involved (all counts): **Possession With Intent to distribute cocaine, Possession of Cocaine, Possession of Drug Paraph.**

5. (a) What was your plea? (Check one)
   ☐ Not guilty
   ☑ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: Plead to Attempted Possession With Intent to distribute Cocaine.

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☒ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: D.C. Superior Court
       (2) Nature of the proceedings: Rule 35 Motion for Modification/Reconsideration of Sentence
       (3) Grounds raised: Drug Treatment Program as an alternative to incarceration
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: Motion Denied
       (6) Date of result: October 2003

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: N/A
       (2) Nature of the proceedings: N/A
       (3) Grounds raised: N/A
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: N/A

(6) Date of result: N/A

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: N/A
  (2) Nature of the proceedings: N/A

  (3) Grounds raised: N/A

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☒ No
  (5) Result: N/A
  (6) Date of result: N/A

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc.":
    ☐ Yes
    ☒ No
  (2) Second petition, etc.:
    ☐ Yes
    ☐ No
  (3) Third petition, etc.:
    ☐ Yes
    ☒ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not. Rule 35(b) motion for reduction or modification of sentence is a matter of discretion on the part of the Court

3. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

A. **GROUND ONE:**
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On January 29, 2007, petitioner appeared before U.S Parole Commission hearing examiner for a supervise release revocation hearing based upon (3) technical violations and (2) criminal conduct allegations. At the conclusion of the hearing, the hearing examiner indicated that he made no findings of a violation with respect to the criminal conduct allegation, but found probable cause in all (3) technical violations and recommended that petitioner serve (18) month sentence.

B. **GROUND TWO:**
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Prior to the January 29, 2007, hearing petitioner was provided with a revocation package. The detailed the violation allegations, the category offense, and guideline range and regulations that govern revocation of parole which the commission applied to revocation of petitioner's supervise release.

C. **GROUND THREE:**
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The application of reparole guidelines and regulation for revocation of supervise release creates significant risk of increase punishment on petitioner by the U.S. Parole Commission inasmuch as petitioner is not a parole violator, but rather a supervise release violator, and should be subjected to the revocation practice, policy statements, and guideline range applied by the District Court when it revokes a term of supervised release

D. GROUND FOUR:
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The U.S. Parole Commission guidelines and reparole practice, unlike the District Court's current policy and regulation which governs revocation of supervised release, adversely affects petitioner's duration of confinement severely from what his exposure would be from the District Court applicable guidelines insofar as, the U.S. Parole Commission guidelines for parole revocation, imposes a significant amount of months beyond the District Court Revocation Guideline Table.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: Initial challenge as a result of first revocation proceedings

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
  ☐ Yes
  ☒ No

  (a) If so, give the name and location of the court and case number, if known: N/A

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
  ☐ Yes
  ☒ No

  (a) If so, give name and location of court which imposed sentence to be served in the future. N/A

(b) And give date and length of sentence to be served in future: __N/A__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
- ☐ Yes
- ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Petitioner's Signature  Pro Se

04-03-07
Date

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: WASHINGTON, David<br>Register Number: 01982-000<br>DCDC No: 183-212 | Institution: D.C. CTF<br><br>Date:     February 12, 2007 |

As a result of the hearing conducted on January 29, 2007 the following action was ordered:

### SRAA DC Local Revocation

Revoke the term of supervised release. You shall serve a new term of imprisonment of 18 month(s) from July 6, 2006 the date the warrant was executed. You shall serve a new term of supervised release of 42 months following release from custody.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission to the examiner at the hearing.

Charge No. 3 - Violation of Special Condition (Drug Aftercare)

Basis for the above stated finding(s): Information supplied from the CSOSA's file.


The Commission has made no finding on the following alleged violation(s):

Charge No. 4 - Law Violation - (A) Possession with the Intent to Distribute Heroin, (B) Possession of Heroin

Charge No. 5 - Law Violation – Possession with the Intent to Distribute Heroin.

Basis: Insufficient Evidence

**REASONS**:

Your supervised release violation behavior has been rated as Category One severity because it involved Administrative Violations. Your new Salient Factor Score is 2. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release.

After review of all relevant factors and information presented, a decision above the guidelines is warranted because you are a poorer parole risk than indicated by your Salient Factor Score in that you have 14 prior convictions and 8 prior commitments which are not fully calculated in your Salient Factor Score.

The above decision is appealable to the National Appeals Board pursuant to 28 C.F.R. 2.220.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

      D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      U.S. Probation Office
      General Supervision Unit XII-Team 41
      CSOSA
      25 K Street, N.E.
      Washington, D.C. 20002

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: David Baldwin

      Carey Ellis
      Georgetown Attorney Service
      111 F Street NW
      Washington DC 20001

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 1 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years)<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders<br>If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 2 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

G
07-790
RCL

## I (a) PLAINTIFFS
David L. Washington

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS
John Caulfields, Warden, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 183-212

Case: 1:07-cv-00790
Assigned To : Lamberth, Royce C.
Assign. Date : 05/01/2007
Description: HABEAS CORPUS

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

6

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE                SIGNATURE OF ATTORNEY OF RECORD
                    NCD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.