# UNITED STATES DISTRICT COURT

**FILED**

David L. Washington _____ District of COLUMBIA

MAY 01 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

V.

John Caulfield, Warden

Edward F. Reilly, Comm.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-0790 RCL

I, David L. Washington _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Central Treatment Facility, WDC

   Are you employed at the institution? __yes__ Do you receive any payment from the institution? __yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   DECEMBER 2005, D.C. PUBLIC WORKS, $12.15 per Hr.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**
APR 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   n/a

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   *[Notary stamp: SHAME'KA C. BIVENS, NOTARY PUBLIC DISTRICT OF COLUMBIA, My Commission Expires June 30, 2011]*  4/4/07

I declare under penalty of perjury that the above information is true and correct.

April 2, 2007                                    [signature]
_____                    _____
        Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | [signature]    4/30/07 <br> United States Judge    Date |





Offender Management System for Windows Version 6.5.0, You are logged into DC CORRECTIONAL TREATMEN...

File  Maintenance  Batch Processing  Accounting  Inmate  Xmodules  Medical  Reports  Individual Reports  ZHelp

Alerts:
Name: WASHINGTON, DAVID
Section: E  Block: 1A  Cell: 15  Bed: 3  Location: DCCTF
Birth: 10/27/1958  Sex: M  Race: B  Release: 00/00/0000  Admt Type: SE  SS#: 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  Agency ID#: 183212  Permanent#: 779810  Booked Date: 07/25/2006  Classification:

| Date/Time | Type | # | Amount | Description | Reference | Balance |
|---|---|---|---|---|---|---|
| 02/21/2007 12:08 | CO | 2 | 33.71 | COMMISSARY SUMMARY POSTING | 4035381 | |
| 02/14/2007 16:31 | CO | 2 | 34.69 | COMMISSARY SUMMARY POSTING | 3987733 | |
| 02/13/2007 11:55 | MO | 1 | 25.00 | L. WASHINGTON | 3966853 | |
| 01/31/2007 16:54 | CO | 2 | 28.70 | WASHINGTON, DAVID L. | 602001CS- | |
| 01/31/2007 10:54 | CS | 1 | 25.00 | MONEY ORDER | 602001-H7 | 0.00 |
| 01/29/2007 13:00 | PP | 1 | 11.90 | JANUARY WAGES | 602001-H7 | 0.00 |
| 01/23/2007 15:22 | CO | 2 | 34.61 | WASHINGTON, DAVID L. | 602001CS- | |
| 01/23/2007 12:21 | CS | 1 | 50.00 | MONEY ORDER | 602001-H7 | 0.00 |
| 01/03/2007 11:56 | PP | 1 | 21.00 | DECEMBER WAGES | 602001-H7 | 0.00 |
| 12/27/2006 15:32 | CO | 2 | 7.42 | WASHINGTON, DAVID L. | 602001CS- | |
| 12/13/2006 14:55 | CO | 2 | 25.82 | WASHINGTON, DAVID L. | 602001CS- | |
| 12/12/2006 11:13 | CS | 1 | 25.00 | MONEY ORDER | 602001-G6 | 0.00 |
| 12/06/2006 16:18 | CO | 2 | 19.37 | WASHINGTON, DAVID L. | 602001CS- | |
| 12/05/2006 12:19 | CS | 1 | 25.00 | MONEY ORDER | 602001-G6 | 0.00 |

Current Account Balance: $55.49     Cost Recovery Balance: $0.00

Add  Delete  Undelete  Print  Search  Nextq     Receipt  Checks  Old Receipt  Reverse  Save  Abort

Ready

Side tabs: Account, Alias, Charges, Classify, Cmmsry Hist, Ctgry Lmt, Detainers, Education, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restric, Release, $Rstrctions, Separates, Social, Status, **Transactio**, HXTrels, Visitation

Print ...
Server Agent

