UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. WASHINGTON,      )<br>                             )<br>   Petitioner,            )<br>                             )<br>   v.                        )     Civil Action No. 07-790<br>                             )<br>JOHN CAULFIELD, WARDEN, *et al.*,  )<br>                             )<br>   Respondents.           )| **FILED**<br>MAY - 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within __20__ days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Respondents, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia.

SO ORDERED.

Date: 5/4/07

_Royce C. Lamberth_
United States District Judge