UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-790 (RCL) |
| ) | |
| UNITED STATES PAROLE ) | |
| COMMISSION, ) | |
| ) | |
| Respondent. ) | |

### ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Upon consideration of petitioner's petition for a writ of habeas corpus, submitted *pro se* on April 9, 2007, and filed May 1, 2007, and respondent's opposition, and for the reasons stated in the opposition, it is hereby

ORDERED, that the show cause order as to the United States is discharged, and that the petitioner's petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE..

SO ORDERED.
Signed by United States District Judge Royce C. Lamberth, July 31, 2007.