Honorable: Royce C. Lamberth
U.S. District Court For The District Of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

Auguast 12, 2007

Dear Sir:

    This correspondence is to advise the Court that, I have been transferred from the District Of Columbia to FCI Gilmore, West Va and that all correspondence in the matter of CA No. 07-0790(RCL) should be forwarded to my attention at the below address.

Respectfully,

Mr. David L. Washington
FED REG# 01982-000
FCI Gilmore
Glenville, W.Va 26351

CLARKSBURG WV 263

27 AUG 2007 PM 3 L



RECEIVED

AUG 3 0 2007

CHAMBERS OF
JUDGE LAMBERTH

Honorable Royce C. Lamberth
U.S. District Court For The District Of Col.
333 Constitution Ave. N.W.
Washington D.C. 20001

Received
Mail Room

AUG 29 2007

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

20001+2899